**Order entered August 31, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00576-CV

### JASON LEE ROCK, Appellant

### V.

### BENGAL BROKERAGE, LLC, Appellee

## On Appeal from the County Court at Law No. 7
## Collin County, Texas
## Trial Court Cause No. 007-00956-2022

## ORDER

By order dated August 10, 2022, we ordered appellant[1] to provide, by August 22, written verification that he has paid the fee for the clerk's record. He failed to comply. The Court has since learned that appellant appealed from the justice court to the county court by filing a Statement of Inability to Pay which was

---

[1] Jason Lee Rock filed a pro se notice of appeal. Although the notice of appeal listed other parties, it was signed only by him and, therefore, he is the only appellant.

not challenged.[2] Accordingly, appellant is allowed to proceed without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

We **ORDER** Collin County Clerk Stacey Kemp to file the clerk's record without cost **within twenty days** of the date of this order. We **ORDER** Shawn Grant, Official Court Reporter for County Court at Law No. 7, to file, **within twenty days** of the date of this order, either the reporter's record or written verification that appellant has not requested the record. We caution appellant that should we receive written verification of no request, we will order the appeal be submitted without the reporter's record. *See id*. 37.3(c).

Before the Court is appellee's August 24, 2022 motion to dismiss the appeal for want of prosecution. We **DENY** the motion.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kemp; Ms. Grant; and, all parties.

/s/    KEN MOLBERG
        JUSTICE

---

[2] At the Court's request, a supplemental clerk's record with the Statement of Inability has been filed.